

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MUTOMBO KANKONDE and EAST-SIDE ONCOLOGY CLINIC, P.L.L.C., | § § | No. 08-20-00052-CV |
| Appellants, | § | Appeal from the |
| v. | § | 205th District Court |
| NAGENDER MANKAN, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2019-DCV-2833) |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that Appellants' pay all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.